# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR ALEXANDER MARTINEZ,<br><br>Petitioner,<br><br>v.<br><br>G.D. LEWIS, Warden,<br><br>Respondent. | Case No. SA CV 12-163-VAP (SP)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDG** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written Objections to the Report within the time permitted. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that petitioner's request to voluntarily dismiss Ground Two from the Petition without prejudice is granted, and Judgment will be entered denying the Petition and dismissing this action with prejudice.

Dated: March 26 2015

HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE