JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR ALEXANDER MARTINEZ,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>G.D. LEWIS, Warden,<br><br>　　　　　Respondent. | Case No. SA CV 12-163-VAP (SP)<br><br>**JUDGMENT** |

　　Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

　　IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: March 26 2015

　　　　　　　　　　　　　　　　　　　　　/s/ Virginia A. Phillips
　　　　　　　　　　　　　　　　　　　　HONORABLE VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE